```
___ FILED            ___ RECEIVED
___ ENTERED          ___ SERVED ON
             COUNSEL/PARTIES OF RECORD

           FEB 24 2023

       CLERK US DISTRICT COURT
         DISTRICT OF NEVADA
BY:_____ DEPUTY
```

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DAVID MICHAEL BURAK, JR.,<br><br>Defendant. | 2:22-CR-187-JCM-BNW<br><br>**Preliminary Order of Forfeiture** |

This Court finds David Michael Burak, Jr., pled guilty to Count One of a Two-Count Criminal Indictment charging him in Count One with receipt or distribution of child pornography in violation of 18 U.S.C. § 2252A(a)(2). Criminal Indictment, ECF No. 1; Change of Plea, ECF No. 32, Plea Agreement, ECF No. 33.

This Court finds David Michael Burak, Jr., agreed to the forfeiture of the property set forth in the Plea Agreement and the Forfeiture Allegation of the Criminal Indictment. Criminal Indictment, ECF No. 1; Change of Plea, ECF No. 32, Plea Agreement, ECF No. 33.

This Court finds, under Fed. R. Crim. P. 32.2(b)(1) and (b)(2), the United States of America has shown the requisite nexus between property set forth in the Plea Agreement and the Forfeiture Allegation of the Criminal Indictment and the offense to which David Michael Burak, Jr., pled guilty.

The following property is (1) any visual depiction described in 18 U.S.C. § 2252A, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of 18 U.S.C. § 2252A(a)(2) and (2) any property, real or personal, used or

1. intended to be used to commit or to promote the commission of 18 U.S.C. § 2252A(a)(2) or any property traceable to such property and is subject to forfeiture under 18 U.S.C. § 2253(a)(1) and 2253(a)(3).

    1. a Western Digital 4TB SATA hard drive, Model No. WD40EZRZ, Serial No. WCC7K2VLT59Z;
    2. a San Disk 64GB Micro SD card;
    3. an ADATA SSD 512GB SATA hard drive, Model No. ASU800SS-512GT, Serial No. 215120023783;
    4. a Toshiba 2TB external hard drive, Serial No. Y752TMKSTSVF;
    5. a black generic computer tower, Serial No. 252718389707 with a XPG 512GB M.2 SATA card (Serial No. 2K1520019450), a Western Digital 6TB SATA hard drive (Model No. WD60EZRZ, Serial No. WX21DA87CEPC), and a Seagate 8TB SATA hard drive (Model No. ST8000DM004, Serial No. ZR102A04);
    6. a San Disk 16GB SD card;
    7. a San Disk 32GB Micro SD card;
    8. a San Disk 128GB Thumb Drive;
    9. a Western Digital 500GB SATA hard drive, Model No. WD5000AZRX, Serial No. WMC1U3977227; and
    10. an Acer Laptop Computer, Model No. Aspire 5252 Series, Serial No. LXR48020130423E7951601 with an ADATA SSD 250GB SATA hard drive (Model No. SU630, Serial No. 215120040462)

(all of which constitutes property).

This Court finds that on the government's motion, the Court may at any time enter an order of forfeiture or amend an existing order of forfeiture to include subsequently located property or substitute property under Fed. R. Crim. P. 32.2(e) and 32.2(b)(2)(C).

This Court finds the United States of America is now entitled to, and should, reduce the aforementioned property to the possession of the United States of America.

    NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States of America should seize the aforementioned property.

    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all possessory rights, ownership rights, and all rights, titles, and interests of David Michael Burak, Jr., in the aforementioned property are forfeited and are vested in the United States of America and shall be safely held by the United States of America until further order of the Court.

    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America shall publish for at least thirty (30) consecutive days on the official internet government forfeiture website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state the times under the applicable statute when a petition contesting the forfeiture must be filed, and state the name and contact information for the government attorney to be served with the petition, under Fed. R. Crim. P. 32.2(b)(6).

    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any individual or entity who claims an interest in the forfeited property must file a petition for a hearing to adjudicate the validity of the petitioner's alleged interest in the property under 21 U.S.C. § 853(n)(2), which petition shall be signed by the petitioner under penalty of perjury under 21 U.S.C. § 853(n)(3) and 28 U.S.C. § 1746, and shall set forth the nature and extent of the petitioner's right, title, or interest in the property, the time and circumstances of the petitioner's acquisition of the right, title or interest in the property, any additional facts supporting the petitioner's claim, and the relief sought.

    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101, no later than thirty (30) days after the notice is sent or, if direct notice was not sent, no later than sixty (60) days after the first day of the publication on the official internet government forfeiture site, www.forfeiture.gov, whichever is earlier.

    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any, shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the following address at the time of filing:

Daniel D. Hollingsworth
Assistant United States Attorney
Misty L. Dante
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency following publication of notice of seizure and intent to administratively forfeit the above-described property.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record.

DATED Feb. 24, 2023, 2023.

_____
JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE