JASON M. FRIERSON
United States Attorney
Nevada Bar No. 7709
SUPRIYA PRASAD
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: (702) 388-6336
Fax: (702) 388-6418
supriya.prasad@usdoj.gov
*Attorneys for the United States*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br> v.<br><br>DAVID MICHAEL BURAK,<br><br>     Defendant. | Case No. 2:22-cr-00187-JCM-BNW<br><br>**STIPULATION TO CONTINUE SENTENCING (First Request)** |

  IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Supriya Prasad, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Joanne L. Diamond, Assistant Public Defender, counsel for Defendant David Michael Burak, that the Sentencing currently scheduled for May 26, 2023 at 10:00 a.m., be vacated and set to a date and time convenient to this Court, but no sooner than 45 days.

  This Stipulation is entered into for the following reasons:

  1. The defendant pled guilty to Count One of the Indictment charging Receipt or Distribution of Child Pornography in violation of 18 U.S.C. § 2252A(a)(2) and (b)(1).

  2. Pursuant to 18 U.S.C. § 2259 and the plea agreement, defendant is required to pay restitution to any identified victims.

3. The government has submitted a request to the National Center for Missing and Exploited Children for the identification of any potential victims. The government has not yet received a response.

4. Thus, the parties are requesting a continuance so that restitution can be addressed at Sentencing and not a separate hearing.

5. The defendant is currently in custody and does not object to the continuance.

6. The parties agree to the continuance.

This is the first request for a continuance of the sentencing.

Dated this 18th day of May, 2023.

| | |
|---|---|
| JASON M. FRIERSON<br>United States Attorney | RENE L. VALLADARES<br>Federal Public Defender |
| By: /s/ *Supriya Prasad*<br>SUPRIYA PRASAD<br>Assistant United States Attorney | By: /s/ *Joanne L. Diamond*<br>JOANNE L. DIAMOND.<br>Assistant Federal Public Defender<br>Counsel for Defendant David Michael Burak |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>    v.<br><br>DAVID MICHAEL BURAK,<br><br>                    Defendant. | Case No. 2:22-cr-00187-JCM-BNW<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the Sentencing currently scheduled for May 26, 2023 at 10:00 a.m., be vacated and continued to July 19, 2023 at the hour of 10:00 a.m.

DATED May 19, 2023.

_____
UNITED STATES DISTRICT JUDGE