# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:22-CR-187-JCM-BNW |
| Plaintiff, | **Final Order of Forfeiture** |
| v. | |
| DAVID MICHAEL BURAK, JR., | |
| Defendant. | |

The United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture under Fed. R. Crim. P. 32.2(b)(1) and (b)(2) and 18 U.S.C. § 2253(a)(1) and 2253(a)(3) based upon the plea of guilty by David Michael Burak, Jr., to the criminal offense, forfeiting the property set forth in the Plea Agreement and the Forfeiture Allegation of the Criminal Indictment and shown by the United States to have the requisite nexus to the offense to which David Michael Burak, Jr., pled guilty. Criminal Indictment, ECF No. 1; Change of Plea, ECF No. 32; Plea Agreement, ECF No. 33; Preliminary Order of Forfeiture, ECF No. 34.

This Court finds that on the government's motion, the Court may at any time enter an order of forfeiture or amend an existing order of forfeiture to include subsequently located property or substitute property under Fed. R. Crim. P. 32.2(e) and 32.2(b)(2)(C).

This Court finds the United States published the notice of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from March 3, 2023, through April 1, 2023, notifying all potential third

/ / /

parties of their right to petition the Court. Notice of Filing Proof of Publication Exhibits, ECF No. 35-1, p. 5.

This Court finds the United States notified known third parties by regular mail and certified mail return receipt requested of their right to petition the Court. Notice of Filing Notice of Filing Service of Process – Mailing, ECF No. 37.

On March 13, 2023, the United States Attorney's Office attempted to serve Jennifer Burak on Karen Court with copies of the Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested. The regular and certified mail were both returned as not deliverable as addressed and unable to forward. Notice of Filing Service of Process – Mailing, ECF No. 37-1, p. 3, 6-17.

On March 13, 2023, the United States Attorney's Office attempted to serve Jennifer Burak on Shadwell Ct. with copies of the Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested. The regular and certified mail were both returned as attempted – not known and unable to forward. Notice of Filing Service of Process – Mailing, ECF No. 37-1, p. 3, 6-13, 18-20.

On March 13, 2023, the United States Attorney's Office served and attempted to serve Jennifer Burak on Impala Drive with copies of the Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested. The status of the certified mail is unknown as the post office has the mail listed as delivery attempted since March 23, 2023. The regular mail was not returned. Notice of Filing Service of Process – Mailing, ECF No. 37-1, p. 3, 6-13, 21-24.

On March 13, 2023, the United States Attorney's Office served and attempted to serve Jennifer Burak on Athens Ave. with copies of the Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested. The status of the certified mail is unknown as the post office has the mail listed as delivery attempted since March 23, 2023. The regular mail was not returned. Notice of Filing Service of Process – Mailing, ECF No. 37-1, p. 3, 6-13, 25-28.

/ / /

On March 13, 2023, the United States Attorney's Office attempted to serve Alexander Burak c/o Jennifer Burak on Shadwell Ct. with copies of the Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested. The regular and certified mail were both returned as attempted – not known and unable to forward. Notice of Filing Service of Process – Mailing, ECF No. 37-1, p. 3, 6-13, 29-31.

On March 13, 2023, the United States Attorney's Office served and attempted to serve Alexander Burak c/o Jennifer Burak on Athens Ave. with copies of the Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested. The status of the certified mail is unknown as the post office has the mail listed as delivery attempted since March 19, 2023. The regular mail was not returned. Notice of Filing Service of Process – Mailing, ECF No. 37-1, p. 4-13, 32-35.

On March 13, 2023, the United States Attorney's Office served and attempted to serve Alexander Burak c/o Jennifer Burak on Impala Drive with copies of the Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested. The status of the certified mail is unknown as the post office has the mail listed as delivery attempted since March 23, 2023. The regular mail was not returned. Notice of Filing Service of Process – Mailing, ECF No. 37-1, p. 4-13, 36-39.

On March 13, 2023, the United States Attorney's Office served and attempted to serve Alexander Burak c/o Jennifer Burak on Karen Court with copies of the Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested. The certified mail was returned as not deliverable as addressed. The regular mail was not returned. Notice of Filing Service of Process – Mailing, ECF No. 37-1, p. 4-13, 40-42

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending regarding the property named herein and the time has expired for presenting such petitions.

/ / /

3

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all possessory rights, ownership rights, and all rights, titles, and interests in the property hereinafter described are condemned, forfeited, and vested in the United States under Fed. R. Crim. P. 32.2(b)(4)(A) and (b)(4)(B); Fed. R. Crim. P. 32.2(c)(2); 18 U.S.C. § 2253(a)(1) and 2253(a)(3); and 21 U.S.C. § 853(n)(7) and shall be disposed of according to law:

1. a Western Digital 4TB SATA hard drive, Model No. WD40EZRZ, Serial No. WCC7K2VLT59Z;
2. a San Disk 64GB Micro SD card;
3. an ADATA SSD 512GB SATA hard drive, Model No. ASU800SS-512GT, Serial No. 215120023783;
4. a Toshiba 2TB external hard drive, Serial No. Y752TMKSTSVF;
5. a black generic computer tower, Serial No. 252718389707 with a XPG 512GB M.2 SATA card (Serial No. 2K1520019450), a Western Digital 6TB SATA hard drive (Model No. WD60EZRZ, Serial No. WX21DA87CEPC), and a Seagate 8TB SATA hard drive (Model No. ST8000DM004, Serial No. ZR102A04);
6. a San Disk 16GB SD card;
7. a San Disk 32GB Micro SD card;
8. a San Disk 128GB Thumb Drive;
9. a Western Digital 500GB SATA hard drive, Model No. WD5000AZRX, Serial No. WMC1U3977227; and
10. an Acer Laptop Computer, Model No. Aspire 5252 Series, Serial No. LXR48020130423E7951601 with an ADATA SSD 250GB SATA hard drive (Model No. SU630, Serial No. 215120040462)

(all of which constitutes property).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the forfeited property shall be disposed of according to law.

///

4

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record.

DATED July 19, 2023, 2023.

_____
JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE

5